United States District Court

Eastern District of California

Kinte M. Graves,

    Petitioner,

vs.

Richard J. Kirkland,

    Respondent.

No. Civ. S 05-1349 GEB PAN P

Order

-oOo-

October 6, 2005, petitioner requested an extension of time to reply to respondent's answer. Good cause appearing, petitioner's request is granted and time is extended until 30 days from the date this order is signed.

So ordered.

Dated: October 11, 2005.

        /s/ Peter A. Nowinski
        PETER A. NOWINSKI
        Magistrate Judge