IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KINTE M. GRAVES,

    Petitioner,                    No. 2:05-cv-1349 GEB KJN P

    vs.

RICHARD J. KIRKLAND, et al.,

    Respondents.                ORDER

_____/

        On September 15, 2010, petitioner's application for a writ of habeas corpus was denied and judgment was entered. On September 29, 2010, petitioner filed a notice of appeal and a motion for appointment of counsel. Petitioner's motion for appointment of counsel should be filed in and addressed to the Ninth Circuit Court of Appeals. Accordingly, petitioner's motion for appointment of counsel is disregarded because it is improperly filed.

        Accordingly, IT IS HEREBY ORDERED that petitioner's motion for appointment of counsel (Dkt. No. 30) is disregarded.

DATED: October 5, 2010

                                  /s/ Kendall J. Newman
                                  KENDALL J. NEWMAN
                                  UNITED STATES MAGISTRATE JUDGE

grav1349.110